UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION - NEW YORK EMPLOYEES PENSION FUND and its Trustees: TOMMY MULLINS, STANLEY BRETTSCHNEIDER, NEIL STRAHL, DOMENIC GATTO, and ANDREW BRETTSCHNIEDER, <br><br>And <br><br><br>DIVISION 1181 AMALGAMATED TRANSIT UNION - NEW YORK WELFARE FUND and its Trustees: TOMMY MULLINS, STANLEY BRETTSCHNEIDER, NEIL STRAHL, DOMENIC GATTO, and ANDREW BRETTSCHNIEDER, <br><br>Plaintiffs, <br><br>v. <br><br>MINIBUS SERVICE, INC., <br><br>And <br><br>GOTHAM TRANSPORTATION, INC., <br><br>Defendants. | Case No. 08-CV-2910 <br>(Judge Mauskopf) <br><br><br><br>JUDGMENT |

Pursuant to the Stipulation to Entry of Judgment filed by the Parties and the Settlement Agreement between the Parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that final judgment is hereby entered in favor of Plaintiffs, the Division 1181 Amalgamated Transit Union - New York Employees Pension Fund and the Division 1181 Amalgamated Transit Union - New York

1

Welfare Fund, and their respective Trustees (collectively, the "Funds"), and against Defendant Gotham Transportation Corp., referred to in the caption as Gotham Transportation, Inc., in the total amount of $350,000.00, plus accrued interest at 9% until this Judgment is paid in full, plus any reasonable attorneys' fees and costs expended by the Funds in collecting this Judgment if necessary.

Dated this ____ day of _____, 2013.

                                        s/Roslyn R. Mauskopf
                                        _____
                                        Roslyn R. Mauskopf
                                        United States District Judge

948748v1